denied. *Robert W. Kenny,* Attorney General of California, and *Clarence A. Linn,* Deputy Attorney General, for petitioner in Nos. 1092 and 1093. *Assistant Solicitor General Cox, Assistant Attorney General Shea, Messrs. Paul A. Sweeney* and *Walter J. Cummings, Jr.* for the United States. Reported below: Nos. 1092 and 1214, 25 Cal. 2d 697, 154 P. 2d 879; Nos. 1093 and 1215, 25 Cal. 2d 719, 154 P. 2d 891.

No. 1095. CREECH ET AL. *v.* UNITED STATES. June 4, 1945. Petition for writ of certiorari to the Court of Claims denied. *Mr. W. H. Poe* for petitioners. *Assistant Solicitor General Cox, Messrs. Joseph Edward Williams, Roger P. Marquis* and *Robert L. Stern* for the United States.

No. 1123. STANDARD ACCIDENT INSURANCE Co. *v.* UNITED STATES. June 4, 1945. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frank H. Myers* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Shea* and *Mr. Paul A. Sweeney* for the United States.

No. 1203. DILLMAN ET AL. *v.* UNITED STATES. June 4, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Riley Strickland* for petitioners. *Assistant Solicitor General Cox, Messrs. Joseph Edward Williams, Roger P. Marquis, John C. Harrington* and *Walter J. Cummings, Jr.* for the United States.

No. 1207. CITY OF PHILADELPHIA ET AL. *v.* UNITED STATES. June 4, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.